# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
10/05/2022
CT Log Number 542434757

## Service of Process Transmittal Summary

**TO:** Bruce Schultz
Spineology, Inc.
7800 3RD ST N
SAINT PAUL, MN 55128-5451

**RE:** **Process Served in Illinois**

**FOR:** SPINEOLOGY INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LINDA HOAK // To: SPINEOLOGY INC. |
| **CASE #:** | 2022L8846 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/05/2022 at 13:15 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780122717714 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Oct 5, 2022
**Server Name:** Michael Mitchell

| Entity Served | SPINEOLOGY INC. |
|---|---|
| Case Number | 2022 L 8846 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |



Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, R

FILED
10/3/2022 2:35 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L008846
Calendar, R
19737877

FILED DATE: 10/3/2022 2:35 PM 2022L008846

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

FIRM I.D. #48815

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LINDA HOAK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2022 L 8846 |
| | ) | **Please Serve:** |
| SPINEOLOGY INC., a corporation, | ) | *See Attached Service List* |
| | ) | |
| Defendant. | ) | |

**SUMMONS**

To Defendant:

**YOU ARE SUMMONED** and required to file an answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the Office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this Summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS 10/3/2022 2:35 PM IRIS Y. MARTINEZ

Clerk of Court

Date of Service:____________
(To be inserted by Officer on copy left with Defendant or other person)

GOLDSTEIN, FLUXGOLD & BARON, P.C.
33 N. Dearborn Street
Suite 950
Chicago, IL 60602
(312)726-7772
gfblaw@gfblaw.net

**IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 10/3/2022 2:35 PM 2022L008846

**LINDA HOAK vs. SPINEOLOGY INC., a corporation**

**Circuit Court No. 2022 L 8846**

**Service List**

**SPINEOLOGY INC., a corporation**
C T Corporation System, registered agent of
208 S. LaSalle St., Suite 814
Chicago, IL 60604

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 11/30/2022 10:00 AM

FILED
9/30/2022 12:13 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L008846
Calendar, R
19714838

FILED DATE: 9/30/2022 12:13 PM 2022L008846

sms
STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

FIRM I.D. #48815

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

LINDA HOAK, )
Plaintiff, )
vs. ) No. 2022L008846
SPINEOLOGY INC., a corporation, )
Defendant. )

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, LINDA HOAK, by and through her attorneys, GOLDSTEIN, FLUXGOLD & BARON, P.C., and complaining of the Defendant, SPINEOLOGY INC., a corporation, for her Complaint at Law states as follows:

**STATEMENT OF FACTS**

1. That on or before October 15, 2020, and for some time prior and subsequent thereto, the Defendant, SPINEOLOGY INC., a corporation, was engaged, among other things, in the business of regularly manufacturing, marketing, selling and/or distributing spinal implants and surgical devices, including the Spineology Elite Expandable Interbody Fusion System, which it sold and/or distributed to Advocate Good Samaritan Hospital for ultimate use on members of the general public, including the Plaintiff, LINDA HOAK.

2. That at all times material herein, Defendant, SPINEOLOGY INC., a corporation, owed the Plaintiff, LINDA HOAK, a duty to use reasonable care in the design, manufacture, distribution, and sale of the Spineology Elite Expandable Interbody Fusion System.

FILED DATE: 9/30/2022 12:13 PM 2022L008846

3. That on October 15, 2020, and at all times subsequent thereto, the Plaintiff, LINDA HOAK, was in the exercise of ordinary care and caution for her own safety.

4. That Spineology sold and/or distributed said Spineology Elite Expandable Interbody Fusion System to Advocate Health Care who thereafter, on October 15, 2020, implanted it surgically into the Plaintiff, LINDA HOAK.

**COUNT I**
**Negligence – Product Liability**

1-4. Plaintiff, LINDA HOAK, hereby incorporates by reference paragraphs one (1) through four (4) of the Statement of Facts, as for paragraph one (1) through four (4) of this Count I as though fully restated and re-alleged herein this Count I and against the Defendant, SPINEOLOGY INC., a corporation.

5. That at all times material herein, the Defendant, SPINEOLOGY INC., a corporation, had the duty to design, prepare, manufacture, advertise, distribute, supply, and sell said Spineology Elite Expandable Interbody Fusion System with adequate functioning to prevent failure and collapsing of the device for the safety and protection of the Plaintiff, LINDA HOAK.

6. That at all times material herein, Defendant, SPINEOLOGY INC., a corporation, breached that duty and was negligent in one or more of the following ways:

a. designed, manufactured, distributed and/or sold the Spineology Elite Expandable Interbody Fusion System with defects in its design and/or manufacture which unreasonably increased the risk of injury to those persons using it;

b. failed to design and/or manufacture the product in a reasonably safe condition for the purposes and foreseeable uses in which it was intended;

c. failed to exercise reasonable care to warn the users of its dangerous condition;

d. failed to adequately and properly warn ultimate users of the Spineology Elite Expandable Interbody Fusion System, including the Plaintiff, LINDA

FILED DATE: 9/30/2022 12:13 PM 2022L008846

HOAK, of the risks of severe injuries when used in the manner for which it was intended;

e. failed to adequately and properly test and inspect the Spineology Elite Expandable Interbody Fusion System to ascertain the dangers associated with the product, including but not limited to mechanical failure;

f. failed to utilize and/or implement a feasible alternative design that was available at the time of manufacturing that would have made the product reasonably safe;

g. sold the product in a defective condition which was unreasonably dangerous to the user of the product, including the Plaintiff, LINDA HOAK;

h. negligently released the Spineology Elite Expandable Interbody Fusion System into the stream of commerce; and

i. otherwise breached its duty of care by negligently designing, manufacturing, distributing, and/or selling the Spineology Elite Expandable Interbody Fusion System.

7. That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK's, surgically implanted Spineology Elite Expandable Interbody Fusion System failed and collapsed.

8. That as a direct and proximate result of one or more of the foregoing wrongful acts and omissions of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK, was then and there injured both internally and externally; that she was forced to undergo surgery to remove the failed hardware and to correct these failures; that the revision surgery caused Plaintiff, LINDA HOAK, to suffer additional pain and incur additional expenses; that she suffered and in the future will suffer severe and permanent injuries; that she suffered and in the future will suffer a loss of a normal life; that she suffered and in the future will suffer acute and prolonged physical and mental pain and suffering; that the Plaintiff, LINDA HOAK, suffered and continues to suffer from permanent disability and/or disfigurement; that the Plaintiff, LINDA HOAK,

FILED DATE: 9/30/2022 12:13 PM 2022L008846

became liable and in the future will become liable for great sums of money for medical, hospital care and treatment, as well as incurring other expenses including wage loss, and in the future will be forced to incur additional expenses; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties.

9. That the Plaintiff's damages are in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the minimum jurisdictional amount of this Court.

WHEREFORE, the Plaintiff, LINDA HOAK, prays judgment against the Defendant, SPINEOLOGY INC., a corporation, for medical, drug and incidental expenses, wage loss and for general damages according to proof, and for such other and further relief as this Court deems just and proper.

**COUNT II**
**Strict Product Liability**

1-4. Plaintiff, LINDA HOAK, hereby incorporates by reference paragraphs one (1) through four (4) of the Statement of Facts, as for paragraph one (1) through four (4) of this Count II as though fully restated and re-alleged herein this Count II and against the Defendant, SPINEOLOGY INC., a corporation.

5. That at all times material herein and at the time the Spineology Elite Expandable Interbody Fusion System left the control of the Defendant, SPINEOLOGY INC., a corporation, said fusion system was defective and/or unreasonably dangerous in one or more of the following respects:

a. the design, sale, manufacture and/or distribution of the Spineology Elite Expandable Interbody Fusion System produced an unsafe product for such a use that could have been reasonably foreseeable and expected to be made of it by the ultimate user and/or consumer, including Plaintiff, LINDA HOAK, which existed at the time it left the manufacturer's control;

FILED DATE: 9/30/2022 12:13 PM 2022L008846

b. the ultimate user and/or consumer of the Spineology Elite Expandable Interbody Fusion System, including Plaintiff, LINDA HOAK, was not adequately and properly warned of the risks of mechanical failure, including but not limited to collapsing;

c. the design, sale, manufacture and/or distribution of the Spineology Elite Expandable Interbody Fusion System produced products where the risks of danger inherent in its design outweighed the benefits of the design when the products were put to a use that were reasonably foreseeable considering the nature and function of the products;

d. the Spineology Elite Expandable Interbody Fusion System failed to perform in the manner reasonably to be expected in light of its nature and intended function; and

e. Defendant failed to adequately warn of the dangers of the Spineology Elite Expandable Interbody Fusion System in which it knew or in the exercise of ordinary care, should have known, at the time of manufacturing.

6. That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK's, surgically implanted Spineology Elite Expandable Interbody Fusion System failed and collapsed.

7. That as a direct and proximate result of one or more of the foregoing wrongful acts and omissions of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK, was then and there injured both internally and externally; that she was forced to undergo surgery to remove the failed hardware and to correct these failures; that the revision surgery caused Plaintiff, LINDA HOAK, to suffer additional pain and incur additional expenses; that she suffered and in the future will suffer severe and permanent injuries; that she suffered and in the future will suffer a loss of a normal life; that she suffered and in the future will suffer acute and prolonged physical and mental pain and suffering; that the Plaintiff, LINDA HOAK, suffered and continues to suffer from permanent disability and/or disfigurement; that the Plaintiff, LINDA HOAK, became liable and in the future will become liable for great sums of money for medical, hospital

FILED DATE: 9/30/2022 12:13 PM 2022L008846

care and treatment, as well as incurring other expenses including wage loss, and in the future will be forced to incur additional expenses; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties.

8. That the Plaintiff's damages are in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the minimum jurisdictional amount of this Court.

WHEREFORE, the Plaintiff, LINDA HOAK, prays judgment against the Defendant, SPINEOLOGY INC., a corporation, for medical, drug and incidental expenses, wage loss and for general damages according to proof, and for such other and further relief as this Court deems just and proper.

## COUNT III
## Breach of Implied Warranty

1-4. Plaintiff, LINDA HOAK, hereby incorporates by reference paragraphs one (1) through four (4) of the Statement of Facts, as for paragraph one (1) through four (4) of this Count III as though fully restated and re-alleged herein this Count III and against the Defendant, SPINEOLOGY INC., a corporation.

5. That at all times material herein, there was in full force and effect in the State of Illinois a statute, 810 ILCS 2-314, establishing an implied warranty of merchantability for goods, unless excluded or modified, if the seller is a merchant with respect to goods of that kind.

6. That at all times material herein, the Defendant, SPINEOLOGY INC., a corporation was a merchant with respect to the Spineology Elite Expandable Interbody Fusion System and goods of the kind.

7. That at all times material herein, the Defendant, SPINEOLOGY INC., a corporation breached its implied warranty of merchantability due to the mechanical failure in one or more of the following ways:

FILED DATE: 9/30/2022 12:13 PM   2022L008846

      a.     the good failed to pass without objection in the trade under the contract description;

      b.     the good failed to be fit for ordinary purposes for which such goods are used; and

      c.     the good failed to conform to the promise or affirmations of fact made on the container or label, if any.

8. That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK's, surgically implanted Spineology Elite Expandable Interbody Fusion System failed and collapsed.

9. That as a direct and proximate result of one or more of the foregoing wrongful acts and omissions of the Defendant, SPINEOLOGY INC., a corporation, the Plaintiff, LINDA HOAK, was then and there injured both internally and externally; that she was forced to undergo surgery to remove the failed hardware and to correct these failures; that the revision surgery caused Plaintiff, LINDA HOAK, to suffer additional pain and incur additional expenses; that she suffered and in the future will suffer severe and permanent injuries; that she suffered and in the future will suffer a loss of a normal life; that she suffered and in the future will suffer acute and prolonged physical and mental pain and suffering; that the Plaintiff, LINDA HOAK, suffered and continues to suffer from permanent disability and/or disfigurement; that the Plaintiff, LINDA HOAK, became liable and in the future will become liable for great sums of money for medical, hospital care and treatment, as well as incurring other expenses including wage loss, and in the future will be forced to incur additional expenses; and the Plaintiff has been and in the future will be prevented from attending to her usual affairs and duties.

10. That the Plaintiff's damages are in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the minimum jurisdictional amount of this Court.

FILED DATE: 9/30/2022 12:13 PM 2022L008846

WHEREFORE, the Plaintiff, LINDA HOAK, prays judgment against the Defendant, SPINEOLOGY INC., a corporation, for medical, drug and incidental expenses, wage loss and for general damages according to proof, and for such other and further relief as this Court deems just and proper.

LINDA HOAK, Plaintiff,

By: ______________________
One of Plaintiff's Attorneys

GOLDSTEIN, FLUXGOLD & BARON, P.C.
33 North Dearborn Street, Suite 950
Chicago, Illinois 60602
(312)726-7772
gfblaw@gfblaw.net